## Commonwealth ex rel. Schilling, Appellant, *v.* Maroney.

Submitted April 13, 1964.
*Robert Schilling*, appellant, in propria persona; *W. Thomas Malcolm*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Session, Appellant, *v.* Maroney.

Submitted April 13, 1964.
*William Session*, appellant, in propria persona; *William R. Balph, Jr.*, Assistant District Attorney, and *Kenneth E. Fox, Jr.*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Shawley, Appellant, *v.* Maroney.

Submitted April 13, 1964.
*David L. Shawley*, appellant, in propria persona; *W. Thomas Malcolm*, District Attorney, for appellee.

Order affirmed.